UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BETTY T. CORPUZ,

           Plaintiff,

    v.

MR. COOPER,

           Defendant.

No. 2:25-cv-02347-TLN-CSK

**ORDER**

Plaintiff Betty T. Corpuz ("Plaintiff"), an individual proceeding *pro se*, has filed this above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 46.) On March 2, 2026, Plaintiff filed objections to the findings and recommendations, including objecting that Defendant acted outside its authority and that the court lacks jurisdiction. (ECF No. 47.) On March 16, 2026, Defendant filed a response to the objections. (ECF No. 48.) The Court has considered all arguments raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections and the response to the

1

objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 46) are ADOPTED IN FULL;

2. Defendant Mr. Cooper's motion to dismiss (ECF No. 14) is GRANTED without leave to amend;

3. On the Court's own motion, Plaintiff's claims against Defendants America West Lender Services, LLC, and Albertelli Law are DISMISSED without leave to amend;

4. Plaintiff's motions for preliminary injunction (ECF Nos. 12, 33) are DENIED;

5. Plaintiff's motion for summary judgment (ECF No. 38) is DENIED; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: April 13, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2